RAUL GARCIA et al., Appellants, v PETER PEPE, JR., et al., Defendants, and JWS TECHNOLOGIES, Respondent.

Submitted June 13, 2005; decided September 20, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the denial of appellants' motion for renewal, dismissed upon the ground that such part of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

ALBERT GOETZ-HADDAD, Appellant, v PATHMARK SUPERMARKETS et al., Respondents.

Submitted September 12, 2005; decided September 20, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

DEBRA GUZOV, Appellant, v MANOR LODGE HOLDING CORP., Respondent, et al., Defendants.

Submitted June 27, 2005; decided September 20, 2005

Motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the complaint against Manor Lodge Holding Corp., dismissed as untimely (see CPLR 5513 [b]; Eaton v State of New York, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument and renewal, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.